| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

KEVIN PROVOST, §
　　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
*versus* §　　CIVIL ACTION NO. 1:21-CV-149
　　　　　　　　　　　　　　　　§
J. RICHARDSON, §
　　　　　　　　　　　　　　　　§
　　　　Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

　　　　Kevin Provost, proceeding *pro se*, filed the above-styled lawsuit.  The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed without prejudice pursuant to Federal of Civil Procedure 41(b).

　　　　The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence.  No objections were filed to the Report and Recommendation.

### ORDER

　　　　Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered dismissing this lawsuit.

　　　　SIGNED at Beaumont, Texas, this 2nd day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE